ACCEPTED
03-14-00283-CV
6847253
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 1:58:14 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/9/2015 1:58:14 PM
JEFFREY D. KYLE
Clerk

---

**SHELLEY N. DAHLBERG**
Associate Deputy for Civil Litigation
EMAIL: Shelley.Dahlberg@texasattorneygeneral.gov

PHONE: (512) 936-1864
FAX:    (512) 320-0667

September 9, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

> Re:  Court of Appeals Number: 03-14-00283-CV; 03-14-00360-CV
> Trial Court Case Number: D-1-GN-14-000672
>
> *Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American YouthWorks, Inc. d/b/a American YouthWorks Charter School*
>
> *Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American YouthWorks, Inc. d/b/a American YouthWorks Charter School; Honors Academy, Inc. d/b/a Honors Academy Charter School and Azleway Charter School*

Dear Mr. Kyle:

In response to your September 2, 2015 notice regarding scheduling of oral argument in the above-referenced case, please be advised that the Shelley N. Dahlberg will appear on September 24, 2015 at 9:00am, to present oral argument on behalf of the Texas Education Agency and Michael L. Williams.

Please feel free to contact me with any questions or concerns. Thank you.

Sincerely,

*Shelley N. Dahlberg*

Shelley N. Dahlberg
*Attorney for Defendants TEA and Williams*

brc
cc:  Mr. Robert A. Schulman
     Mr. Joseph E. Hoffer
     Mr. Kevin O'Hanlon
     Ms. Susan G. Morrison